ATTORNEY GRIEVANCE COMMISSION    *    IN THE
     OF MARYLAND                COURT OF APPEALS
                            *    OF MARYLAND
     Petitioner,

                            *    Misc. Docket AG No.77

v.

                            *    September Term, 2017

BO LEE

                            *

     Respondent.

                            *

## ORDER

This matter came before the Court on the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Bo Lee, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rules 19-301.15(a), 19-305.7, 19-308.1(b), 19-308.4(a) - (d) of the Maryland Attorneys' Rules of Professional Conduct. The Court, having considered the Petition, is it this 18th day of

     May       , 2018,

ORDERED, that Respondent, Bo Lee, be and he hereby is disbarred from the practice of law in the State of Maryland, effective immediately; and it is further

ORDERED, that the Clerk of the Court shall remove the name Bo Lee from the register of attorneys in this Court, notify the Respondent in accordance with Maryland Rule 19-742(a)(1), and comply with Maryland Rule 19-761.

                          /s/ Clayton Greene Jr.
                          Senior Judge